# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0138
Lower Tribunal No. 2023-CA-000690-O

_____

MANANCIAL EVANGELICAL CHURCH, INC., d/b/a LIVING WATER CHURCH,

Appellant,

v.

SLOAN FAMILY HOLDING, INC.,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Heather Pinder Rodriguez, Judge.

September 6, 2024

PER CURIAM.

Manancial Evangelical Church, Inc. d/b/a Living Water Church ("Manancial") appeals the entry of two orders, only one of which this Court has jurisdiction to review. The order denying Manancial's motion to vacate a clerk default and final default judgment is reviewable pursuant to Florida Rule of Appellate Procedure 9.130(a)(5), as an order "entered on an authorized and timely motion for relief from judgment." Having reviewed this order, we affirm without further discussion.

The second order appealed from is an order denying Sloan Family Holdings, LLC's ("Sloan") motion for final judgment as to Count II of the complaint. Manancial asserts the order is reviewable pursuant to Florida Rule of Appellate Procedure 9.130(a)(3)(C)(i) as an order which determines the jurisdiction of the person. We disagree. The order makes no findings concerning personal jurisdiction nor do we perceive the order as implicitly determining personal jurisdiction. We similarly conclude that the order is not reviewable via certiorari. Accordingly, without any means by which to review the nonfinal order, we are compelled to dismiss this portion of the appeal for lack of jurisdiction.

AFFIRMED in part; DISMISSED in part.

TRAVER, C.J., and NARDELLA and BROWNLEE, JJ., concur.

Chris Fisher and Amy J. Fisher, of Law Offices of Chris B. Fisher, P.A., Fort Lauderdale, for Appellant.

Andrew S. Ballentine, of Cornerstone Law Firm, PLLC, Winter Springs, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED